# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>ERICA HUGHES<br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.  **13-1302 SKG**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 26, 2013 to May 28, 2013  in the county of  Baltimore City  in the

_____ District of  Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1028A | Aggravated identity theft |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Mark James

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Mark James
Printed name and title

Sworn to before me and signed in my presence.

Date:  5/28/13

_____
Judge's signature

City and state:  Baltimore, Maryland

The Honorable Susan K. Gauvey
Printed name and title